CLEAR FORM

## UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

ERIC PAYNE
PLAINTIFF

13404 Reid Circle
Address (No Post Office Boxes)

FT Washington MD 20744
City          State     Zip Code

Case: 1:23-cv-00269
Assigned To : Unassigned
Assign. Date : 1/31/2023
Description: Pro Se Gen. Civ. (F-DECK)

VS.

Brian Kass Mitek and Kass
DEFENDANT

1050 17th Ste suite 1100 N.W.
Address (No Post Office Boxes)

Washington, DC 20036
City          State     Zip Code

Jury Trial: [ ] Yes  [ ] No

### COMPLAINT

My name is Eric Payne, I am a disabled Army veteran who was involved in a guardian/conservatorship case. I had the above lawyer terminated from my case because he was overcharging me for merely doing paperwork. He did nothing for me or my son except charge me $57,000 to $70,000 per account. Never contacted me or my son. Upon termination a final order was signed by Judge Canan of a ending balance of $175,306.65 which was never returned to me. Attached is the final order. I am requesting that $175,306.65 be returned to me. I am requesting trial by jury if necessary.

RECEIVED
JAN 31 2023
Clerk, U.S District & Bankruptcy
Courts for the District of Columbia

Original Signature (in pen)

PAYNE, ERIC
Name (if applicable, Prisoner ID No.)

Address or Facility Address

City          State     Zip Code

Rev: 01/10/2023
*Use additional pages as needed