Filed
D.C. Superior Court
03/02/2015 15:37PM
Clerk of the Court

# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## PROBATE DIVISION

In re:
Eric Payne, deceased ward

2006 INT 6

### ORDER TERMINATING CONSERVATORSHIP AND APPROVING FINAL ACCOUNT

Upon consideration of the Order for Termination, the final Conservator's Report, the Fifth and Final Account and the hearing on the Final Account and on the Order for Termination, it is hereby this 2nd day of March, 2015,

**ORDERED** that this conservatorship estate be and hereby is terminated and the conservator shall file this order terminating the conservatorship in the Office of the Recorder of Deeds in accordance with D. C. Code § 21-2067; and it is further

**ORDERED** that the conservator shall, within 30 days of the date of this order, file (1) a verified statement evidencing transfer of the assets to the Personal Representative or Special Administrator of the ward's estate, or, in the case of termination for reasons other than death, to the former ward or to such other person whom the Court has determined is entitled to distribution in the preliminary order of termination and (2) either a receipt evidencing such final distribution or, in the event that a receipt cannot be obtained by the conservator, other evidence of distribution which the Court, by separate order, accepts as evidence of distribution; and it is further

**ORDERED** that the conservator is authorized to make expenditures for administrative expenses and other expenditures as specifically authorized by the Court; and it is further

**ORDERED** that the foregoing Fifth and Final Account be and hereby is approved.

_Russell F. Canan_
JUDGE

cc: See attached list.

Service List

**APPROVAL RECOMMENDED**
**Judge Canan**

**2006 INT 6**
**In re Eric Payne, former ward**

**FIFTH AND FINAL ACCOUNT, CERTIFICATE OF UNSETTLED LIABILITIES AND CONSERVATOR'S REPORT**

| | |
|---|---|
| Date of Death: | N/A |
| Beginning Balance: | $206,968.26 |
| Collection: | $ 21,134.25 |
| Expenditures: | $ 52,795.86 |
| Ending Balance: | $175,306.65 |
| Hearing Date: | 3/6/2015 |

**ISSUE:**

On October 23, 2014 the Court after determining that the ward had regained capacity, terminated the guardianship and the conservatorship. The Conservator, on Schedule "J" reports that the ward, prior the termination of the conservatorship, obtained access to his funds in the Pentagon Federal Credit Union savings and checking accounts and withdrew approximately $21,146.45 during the period from October 2, 2014 through termination of the conservatorship on October 23, 2014. Conservator, in his letter dated January 30, 2015, states that despite his efforts, he has been unable to obtain receipts from the former ward for these funds that were taken (copy of counsel letter of January 30, 2015 is attached to the work folder).

For Register of Wills
Sean R. Perry, Auditor
Filed: 12/22/14
Payne,E06INT6T